THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO. 4:24-CR-100-SDJ |
| § | |
| RODNEY WOMACK § | |
| § | |
| § | |

**MEMORANDUM ADOPTING THE REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 9, 2025, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #12) that Defendant's supervised release be revoked based on the allegations in the amended petition for revocation of Defendant's supervised release (Dkt. #2); and Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four months, to run consecutive to any other term of imprisonment, with no term of supervised release to follow.

Having received the Report of the United States Magistrate Judge (Dkt. #12) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #11), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly, Defendant's supervised release is revoked based on the allegations in the amended

2

petition; and Defendant is hereby sentenced to twenty-four months imprisonment, to run consecutive to any other term of imprisonment, with no term of supervised release to follow.

**So ORDERED and SIGNED this 14th day of July, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE